**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:24-MJ-00027 BAM |
| **EDGAR ROBLES** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Edgar Robles
Detained at: Tulare County South County facility
Detainee is:  a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: _____
or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility upon termination of proceedings
or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 22, 2024 at 2:00 PM in Courtroom 9 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 22, 2024, at 2:00 PM in Courtroom 9, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **March 19, 2024**

*/s/ Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 09/13/1980 |
| Facility Address: | 1960 West Scranton, Porterville | Race: | |
| Facility Phone: | 559-782-7800 | FBI#: | 431272MB1 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
(signature)